No. 02–10392.  NASH *v.* BLUMEX U. S. A., INC.  C. A. 2d Cir. Certiorari denied.

No. 02–10393.  PRIEST *v.* ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir. Certiorari denied.

No. 02–10401.  JACKSON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–10402.  ALONSO LECHUGA *v.* AYERS, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 02–10410.  WHITE *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 02–10415.  MULAZIM, AKA CARPENTER *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–10416.  McGHEE *v.* SMITH, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–10417.  STEPHENS *v.* DAIMLERCHRYSLER CORP. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 02–10418.  SHELTON *v.* MAKEL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–10419.  SIMUEL *v.* CURRY, SUPERINTENDENT, POLK YOUTH INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–10422.  BULLARD *v.* HEAD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–10425.  POWELL *v.* COWAN, WARDEN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 02–10426.  MOORE ET AL. *v.* JOHNSON, GOVERNOR OF NEW MEXICO, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 02–10427.  MOORE *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.